No. 99–1112.  MILLER, ATTORNEY GENERAL OF IOWA *v.*
PLANNED PARENTHOOD OF GREATER IOWA, INC., ET AL.  C. A.
8th Cir.  Certiorari denied.

No. 99–1307.  HOTTE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1416.  BROWN ET AL. *v.* UNITED STATES ET AL.  C. A.
5th Cir.  Certiorari denied.

No. 99–1462.  CITY OF FORT WORTH *v.* DEPARTMENT OF
TRANSPORTATION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–1517.  UNIVERSAL MANAGEMENT SERVICES, INC., ET
AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–1552.  FOSTER, GOVERNOR OF LOUISIANA, ET AL. *v.*
O'NEILL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–1577.  GREENBRIER ET AL. *v.* UNITED STATES.  C. A.
Fed. Cir.  Certiorari denied.

No. 99–1580.  JARAMILLO ET AL. *v.* FEDERAL COMMUNICATIONS
COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 99–1596.  CARNIVAL CRUISE LINES, INC., ET AL. *v.* UNITED
STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 99–1600.  PRINCESS CRUISES, INC. *v.* UNITED STATES.
C. A. Fed. Cir.  Certiorari denied.

No. 99–1674.  VANDEL *v.* STANDARD MOTOR PRODUCTS, INC.
C. A. 2d Cir.  Certiorari denied.

No. 99–1698.  UNITED AIRLINES, INC., ET AL. *v.* CITY AND
COUNTY OF DENVER.  Sup. Ct. Colo.  Certiorari denied.

No. 99–1718.  JAMES, ASSIGNEE OF THE RIGHTS OF MERIDIAN
ENGINEERING, INC., AND COMPANION, INC., DBA COMPANION AS-